## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br><br>v.<br><br>KELVIN F. YACHYMIAK<br>ANGELA K. YACHYMIAK | FILED<br>HARRISBURG, PA<br>FEB 2 8 2006<br>MARY E. D'ANDREA<br>Per _____ , CLERK<br>　　Deputy Clerk<br><br>Civil Action No: 05-1675 |

### ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 23th day of February 2006, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendants cannot, upon diligent inquiry, be found so as to be personally served with the Notice of US Marshal Sale, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at 55 Lemon Creek Road, Meshoppen, PA 18630

it is hereby ORDERED, ADJUDGED AND DECREED:

That the Notice of US Marshal Sale be served on the Defendants by Plaintiff or its agent by posting a copy of the Notice of US Marshal Sale on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the Defendants last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

_____
　　　　　　　　　　　　　　　J.