# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : CIVIL ACTION NO. 1:05-CV-1675 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **KELVIN F. YACHYMIAK** and **ANGELA K. YACHYMIAK,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 26th day of June, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 18) to confirm the May 4, 2006 United States Marshal sale of the foreclosed real property, located at 55 Lemon Creek Road, Meshoppen, Pennsylvania is GRANTED. The United States Marshal is directed to execute and deliver to LAWRENCE WITT, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of KELVIN F. YACHYMIAK and ANGELA K. YACHYMIAK in and to the premises sold, located at 55 Lemon Creek Road, Meshoppen, Pennsylvania, 18630. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

          /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge